**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone:  (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNA A. LETIZIA and PAUL LETIZIA, | CIVIL ACTION NO. 1:12-cv-07724-RMB-JS |
| Plaintiffs, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, et al., | **AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 3rd day of January, 2013.

                                               */s/ Walter F. Timpone*
                                               Walter F. Timpone
                                               Walter R. Krzastek
                                               McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                               1300 Mount Kemble Avenue
                                               P.O. Box 2075
                                               Morristown, NJ 07962-2075
                                               Phone:       973.425.8701
                                               Fax:             973.425.0161
                                               wtimpone@mdmc-law.com
                                               wkrzastek@mdmc-law.com
                                               *Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 3, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

> */s/ Walter F. Timpone*
> Walter F. Timpone
> *Attorney for Defendant Ameridose, LLC*