**Harris Beach PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNA A. LETIZIA and PAUL LETIZIA,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>Defendants. | Civil Action No.: 1:12-cv-07724-RMB-JS<br><br><br>**CONSENT ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiffs Jenna Letizia and Paul Letizia, that Defendant Alaunus is hereby given an extension to February 1, 2013 to respond to Plaintiffs' Amended Complaint.

Dated:  January 3, 2013

**HARRIS BEACH PLLC**                       **SALTZ, MONGELUZZI, BARRETT &**
                                            **BENDESKY, P.C.**

By:    /s/ Steven A. Stadtmauer            By:    /s/ Mary T. Gidaro
       Frederick H. Fern                          Mary T. Gidaro
       Steven A. Stadtmauer                       Michael F. Barrett

One Gateway Center                          8000 Sagemore Drive
Suite 2500                                  Suite 8303
Newark, NJ 07102                            Marlton, NJ 08053
(973) 848-1244                              (856) 751-8383
*sstadtmauer@harrisbeach.com*               *MGidaro@smbb.com*
                                            *MBarrett@smbb.com*

*Counsel for Defendant Alaunus*             *Counsel for Plaintiffs*
*Pharmaceutical, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 3rd day of January, 2013 to the counsel of record.


                                  /s/ Steven A. Stadtmauer
                                  Steven A. Stadtmauer



So Ordered this 4th day
of January, 2013

JOEL SCHNEIDER, USMJ

-2-