IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JENNA A. LETIZIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., et al., <br><br> Defendants. | Civil No. 12-7724 (RMB/JS) |

**O R D E R**

The Court having received notice that defendant New England Compounding Pharmacy, Inc. (f/k/a New England Compounding Center ("NECC")) filed a voluntary petition under Chapter 11 of Title 11, Section 362 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB; and the filing of this voluntary petition operating as a stay as to NECC under 11 U.S.C. §362(a); and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 7th day of January, 2013, that this matter is STAYED as to NECC only.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge