UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNA A. LETIZIA and PAUL LETIZIA, | |
| Plaintiffs, | CIVIL ACTION |
| | NO. 12-cv-07724-RMB-JS |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3), | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michele Hunton of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.  I certify that I am an Attorney-at-Law admitted to practice before the New Jersey State Courts as well as the United States District Court for the District of New Jersey.

LAWSON & WEITZEN, LLP

*/s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

            */s/ Michele Hunton*

            Michele Hunton
            Lawson & Weitzen, LLP
            88 Black Falcon Ave, Suite 345
            Boston, MA 02110
            Tel: (617) 439-4990
            mhunton@lawson-weitzen.com