**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

|  |  |  |
|---|---|---|
| | ) | |
| JENNA A. LETIZIA and PAUL LETIZIA, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 12-cv-07724-RMB-JS |
| v. | ) | |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC., d/b/a NEW ENGLAND | ) | |
| COMPOUNDING CENTER; | ) | |
| AMERIDOSE, LLC; ALAUNUS | ) | |
| PHARMACEUTICAL, LLC; PREMIER | ) | |
| ORTHOPAEDIC AND SPORTS MEDICINE | ) | |
| ASSOCIATES OF SOUTHERN NEW | ) | |
| JERSEY, LLC, also trading as PREMIER | ) | |
| ORTHOPAEDIC ASSOCIATES; SOUTH | ) | |
| JERSEY HEALTHCARE; SOUTH JERSEY | ) | |
| REGIONAL MEDICAL CENTER; | ) | |
| KIMBERLEY YVETTE SMITH, M.D., a/k/a | ) | |
| KIMBERLEY YVETTE SMITH-MARTIN, | ) | |
| M.D.; JOHN DOE(S) CORPORATIONS (1-4); | ) | |
| and JOHN DOE(S) M.D. (1-3), | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the Defendant, Alaunus Pharmaceutical,

LLC ("Alaunus"), states that it does not have any parent corporations and no publicly-held

corporation owns 10% or more of Alaunus' stock.

LAWSON & WEITZEN, LLP

_/s/ Michele Hunton_

_____
Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com

1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.


*/s/ Michele Hunton*

_____

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com